**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0032

Dr. Steven Rushing

- - Versus - -

Southeastern Louisiana University, et al

21st Judicial District Court
Case #: 20180003690
Tangipahoa Parish

On Application for Rehearing filed on 09/30/2022 by Dr. Steven Rushing

Rehearing _____ **DENIED** _____

_____
Vanessa Guidry Whipple

_____
John Michael Guidry

_____
Elizabeth Wolfe

Date ___OCT 2 6 2022___

_____
Rodd Naquin, Clerk